1  Peter J. Anderson, Esq., Cal. Bar No. 88891
   E-Mail: pja@pjanderson.com
2  LAW OFFICES OF PETER J. ANDERSON
   A Professional Corporation
3  100 Wilshire Boulevard
   Suite 2010
4  Santa Monica, CA 90401
   Tel: (310) 260-6030
5  Fax: (310) 260-6040

6  Attorney for Defendants
   TAJA RILEY, EMI BLACKWOOD MUSIC INC.,
7  sued as "EMI MUSIC PUBLISHING," SONY/ATV MUSIC
   PUBLISHING LLC, SONY/ATV MUSIC PUBLISHING
8  ACQUISITION, INC. and EMI VIRGIN MUSIC, INC.

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11  **WESTERN DIVISION**

12

13  EDWARD THEODORE RILEY, *etc., et al.*,

    Case No. CV 13-00158 FMO (AJWx)

14            Plaintiffs,

    STIPULATION TO DISMISSAL OF ACTION

15        vs.

    [*Proposed*] Order submitted herewith

16  TAJA RILEY, *etc., et al.*,

17            Defendants.

18

## STIPULATION

Plaintiffs Edward Theodore Riley and Adida Music, Inc., and defendants Taja Riley, EMI Blackwood Music Inc. (sued as "EMI Music Publishing"), Sony/ATV Music Publishing LLC, Sony/ATV Music Publishing Acquisition, Inc. and EMI Virgin Music, Inc., stipulate to the entry of the accompanying Order, dismissing this action in its entirety, with prejudice, and with plaintiffs and defendants to bear their respective costs and attorneys' fees.

## SO STIPULATED

Dated: February 11, 2014

      /s/ Joseph E. Porter III
Joseph E. Porter III, Esq.
Harry E. Douglas IV, Esq.
Attorneys for Plaintiffs
EDWARD THEODORE RILEY
p/k/a Teddy Riley, and
ADIDA MUSIC, INC.

Dated: February 11, 2014

      /s/ Peter J. Anderson
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
TAJA RILEY, EMI BLACKWOOD MUSIC INC., sued as "EMI MUSIC PUBLISHING," SONY/ATV MUSIC PUBLISHING LLC. SONY/ATV MUSIC PUBLISHING ACQUISITION, INC. and EMI VIRGIN MUSIC, INC.

## Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: February 11, 2014

      /s/ Peter J. Anderson
Peter J. Anderson, Esq.